_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 9, 2025**

_____
The Order of the Court is set forth below. The docket reflects the date entered.

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Jonaferd Adam Chargois, Debtor               Case No. 23-51471-KMS
                                                                                        CHAPTER 13

### ORDER MODIFYING CHAPTER 13 PLAN

THIS CAUSE having come on this date on the Debtor's Motion to Modify Plan (DK # 34 ), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors by does find as follows:

IT IS THEREFORE ORDERED that the Debtor's Motion to Modify Plan is granted. This Order binds those creditors and parties in interest that have been properly served. Debtor shall surrender the 2007 Lincoln Mark LT to the Creditor, LoanMax LLC ("Creditor"). Trustee shall cease payments on Creditor's secured claim. Trustee is authorized to adjust the wage order, if needed, for the modification and to cure any deficiency if it exists. Debtor must make payments as specified by modification.

##END OF ORDER##

PREPARED BY:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR