

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 9, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| **JONAFERD ADAM CHARGOIS** | **CASE NO:  23-51471 KMS** |

### <u>ORDER RELEASING EARNINGS OF DEBTOR</u>

**THE ORDER (Dkt. 47)** heretofore entered in these proceedings by which the Debtor was required to pay his/her earnings and/or income, or a portion thereof, to the following named Trustee:

**WARREN A. CUNTZ, JR., TRUSTEE**

**P.O. BOX 3749**

**GULFPORT MS 39505-3749**

**(228) 831-9531**

**<u>IS VACATED, AND THE ABOVE-NAMED DEBTOR IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.</u>**

**##END OF ORDER##**