United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                              Case No. 23-51471-KMS

Jonaferd Adam Chargois                                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                         User: mssbad                                Page 1 of 2

Date Rcvd: Jun 09, 2026                      Form ID: ntcdsm                             Total Noticed: 22

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jonaferd Adam Chargois, 10234 Chapman Rd, Bay Saint Louis, MS 39520-8899 |
| 5295926 | + | Bukaty Edward, 1 Galleria Blvd, #1810, Metairie, LA 70001-7571 |
| 5295933 | + | Kayla Wheeler, 371 Loving Path, Bulverde, TX 78163-3305 |
| 5295934 | | Loan Max, 19 Mississippi 607, Picayune, MS 39466 |
| 5295936 | + | Max Title Loan, 16481 US 90, Pearlington, MS 39572-7500 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5295925 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 09 2026 19:43:24 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5310610 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 09 2026 19:43:20 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5305634 | + | Email/Text: ebnnotifications@creditacceptance.com | Jun 09 2026 19:36:00 | CREDIT ACCEPTANCE CORPORATION, 25505 W. 12 MILE ROAD, SUITE 3000, SOUTHFIELD, MI 48034-8331 |
| 5295927 | + | EDI: CAPITALONE.COM | Jun 09 2026 23:34:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5309658 | + | EDI: AIS.COM | Jun 09 2026 23:34:00 | Capital One N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5295928 | + | EDI: JPMORGANCHASE | Jun 09 2026 23:34:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 5295929 | + | EDI: CITICORP | Jun 09 2026 23:34:00 | Citibank, Po Box 790040, St Louis, MO 63179-0040 |
| 5295930 | + | Email/Text: ebnnotifications@creditacceptance.com | Jun 09 2026 19:36:00 | Credit Acceptance, P.O. Box 5070, Southfield, MI 48086-5070 |
| 5295931 | + | EDI: CCS.COM | Jun 09 2026 23:34:00 | Credit Collection, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5295932 | + | EDI: PHINGENESIS | Jun 09 2026 23:34:00 | Genesis FS, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5305117 | + | Email/Text: RASEBN@raslg.com | Jun 09 2026 19:36:00 | JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank, USA, N.A. c/o Robertson, Anschutz,, Schneid, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5317056 | | Email/Text: bankruptcy@selectmgmt.com | Jun 09 2026 19:36:00 | LoanMax, LLC, 3440 Preston Ridge Rd, Ste 500, Alpharetta, GA 30005 |
| 5310609 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 09 2026 19:43:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5295935 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |

| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 09, 2026 | Form ID: ntcdsm | Total Noticed: 22 |

| | | Jun 09 2026 19:43:17 | Lvnv Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
|---|---|---|---|
| 5295937 | + Email/Text: Mercury@ebn.phinsolutions.com | Jun 09 2026 19:36:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 5317690 | EDI: PRA.COM | Jun 09 2026 23:34:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5309016 | EDI: Q3G.COM | Jun 09 2026 23:34:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 17

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor Jonaferd Adam Chargois trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com  waccourt1@gmail.com |

TOTAL: 3

Form ntcdsm (Rev. 12/23)

## UNITED STATES BANKRUPTCY COURT
### Southern District of Mississippi

Case No.:  23−51471−KMS
Chapter:  13

In re:

Jonaferd Adam Chargois
aka Jonaferd A Chargois
10234 Chapman Rd
Bay Saint Louis, MS 39520

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):

xxx−xx−5973

Employer Tax Identification No(s). (if any):

### Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on June 9, 2026.

Dated: 6/9/26

Danny L. Miller, Clerk of Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790